USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ARBOR PHARMACEUTICALS, LLC, : 17-Cv-9846 (SHS)

          Plaintiff, :

  -v- :

TARO PHARMACEUTICALS U.S.A., INC. and :
TARO PHARMACEUTICALS INDUSTRIES,
LTD., :

          Defendants. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The court is in receipt of the parties' November 27, 2019 letter.

    IT IS HEREBY ORDERED that:

1.     The joint pretrial order is due January 24, 2020;

2.     The final pretrial conference is adjourned to January 30, 2020, at 11:00 a.m.;

3.     The trial of this action is adjourned to March 9, 2020, at 9:30 a.m.; and

4.     There will be no further adjournments of these dates.

Dated: New York, New York
       December 2, 2019

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.